CV102-144

FILED
U.S. [             ]URT
A[         ] DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

2002 SEP 12  A 10: 01

James Peadro Simpson
(Petitioner)

v. Burke County Staff

_____
(Respondent)

AFFIDAVIT IN SUPPORT /s/ McLatty
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

CV102-144

I, James Peadro Simpson, being first duly sworn, depose and say that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my proverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further swear that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed? Yes [ ]   No [✓]
    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
        NONE — UNEMPLOYED FOR THE LAST 14-YEARS
    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
        NEVER HAD A SALARY PAYING JOB. JUST ENDS AND ODDS JOBS.
2.  Have you received within the past twelve months any money from any of the following sources?
    a.  Business, profession or form of self-employment? Yes [ ]  No [✓]
    b.  Rent payments, interest or dividends? Yes [ ]  No [✓]
    c.  Pensions, annuities or life insurance payments? Yes [ ]  No [✓]
    d.  Gifts or inheritances? Yes [ ]  No [✓]
    e.  Any other sources? Yes [ ]  No [✓]

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.  NONE

3.  Do you own any cash, or do you have money in a checking or savings account? Yes [ ]  No [✓]  (Include any funds in prison accounts.)

    If the answer is yes, state the total value of the items owned.
    NONE

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [ ]  No [✓]



If the answer is yes, describe the property and state its approximate value. _NONE_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _NONE_

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this _5th_ day of _Sept_, ~~19~~ _2002_.

_James Simpson_
(signature of plaintiff)

## CERTIFICATE

I certify that the movant herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that movant likewise has the following securities to his credit according to the records of said institution: _____

_____
Authorizing Officer of Institution

AUTHORIZE OFFICERS OF BURKE COUNTY JAIL IS REFUSING TO SIGN CAUSE I AM THE PETITIONER OF THIS PRISONERS FILING COMPLAINT I AM UNABLE TO HAVE ANY AUTHORIZE OFFICER ~~OFFICER~~ OF BURKE COUNTY JAIL TO SIGN THE ABOVE CERTIFICATE STATING THAT I HAVE NO MONEY IN MY ACCOUNT I AM BEING HARRASSED BASED ON THE ABOVE COMPLAINT I AM FILING I HAVE NO OTHER SOURCE TO GO THROUGH TO HAVE THIS PART OF THIS CASE SIGN I AM AT LOST AND CAN ONLY STATE THAT YOUR OFFICES CALL TO VERIFY I DO NOT HAVE ANY MONIES IN MY ACCOUNT. Respectfully James Purdu Simpson